**Order entered October 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01042-CR
No. 05-17-01043-CR
No. 05-17-01044-CR

**JAIME ANTONIO ALVARENGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-26734-V, F11-26736-V & F11-26739-V**

## ORDER

Appellant timely appealed the trial court's June 12, 2015 judgments; however, we did not receive his notices of appeal until September 5, 2017. Two days later, we notified court reporter Peri Wood that the record was overdue and directed her to file it by October 7, 2017. To date, the reporter's record has not been filed, and we have had no communication from Ms. Wood.

We **ORDER** court reporter Peri Wood to file the complete reporter's record in these appeals within **THIRTY DAYS** of the date of this order. We caution Ms. Wood that the failure to file the reporter's record by that time will result in the Court utilizing whatever remedies it has available, including ordering that she not sit until the complete reporter's record in these appeals is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Peri Wood, official court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE